**Ricardo M. SUGGS, Jr., Petitioner–Appellant,**

v.

**Russell PURDUE, Warden, Respondent–Appellee.**

No. 14–7562.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2015.

Decided: April 1, 2015.

Ricardo M. Suggs, Jr., Appellant pro se. Helen Campbell Altmeyer, Alan McGonigal, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo M. Suggs, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Suggs v. Purdue,* No. 1:14–cv–00021–IMK–RWT, 2014 WL 5092466 (N.D.W.Va. Oct. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*